UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT CALHOUN | Case No. 18-12753 |
| Plaintiff, | Stephanie Dawkins Davis |
| v. | United States District Judge |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
_____/

**OPINION AND ORDER ACCEPTING AND ADOPTING
THE MAGISTRATE JUDGE'S JANUARY 13, 2020
<u>REPORT AND RECOMMENDATION (ECF No. 21)</u>**

Currently before the Court is Magistrate Judge David R. Grand's January 13, 2020 Report and Recommendation. (ECF No. 21). Magistrate Judge Grand recommends denying Robert Calhoun's Motion for Summary Judgment, granting the Commissioner of Social Security's Motion for Summary Judgment, and affirming the Commissioner's decision. The Court is fully advised in the premises and has reviewed the record and the pleadings. Neither party has filed objections. "[T]he failure to object to the magistrate judge's report[] releases the Court from its duty to independently review the matter." *Hall v. Rawal*, No. 09-10933, 2012 WL 3639070 (E.D. Mich. Aug. 24, 2012) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). The Court nevertheless agrees with the Magistrate Judge's recommended

disposition. Therefore, the Court ACCEPTS and ADOPTS the Magistrate Judge's Report and Recommendation (ECF No. 21); DENIES Calhoun's Motion for Summary Judgment (ECF No. 16); GRANTS the Commissioner's Motion for Summary Judgment (ECF No. 18); and AFFIRMS the decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g).

**IT IS SO ORDERED**.

Date: March 17, 2020

s/Stephanie Dawkins Davis
Stephanie Dawkins Davis
United States District Judge

## CERTIFICATE OF SERVICE

I certify that on March 17, 2020, I filed the foregoing paper with the Clerk of the Court using the ECF system which will send electronic notification to all counsel of record and I mailed by United States Postal Service to the following non-ECF participant: Robert Calhoun, 889 Blairmoor Ct., Grosse Pointe Woods, MI 48236.

s/Tammy Hallwood
Case Manager
(810) 341-7887
tammy_hallwood@mied.uscourts.gov